IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-00639-RBJ-BNB | Date: | September 23, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| TELELA SHINAULT | Pro Se |
| **Plaintiff(s)** | |
| v. | |
| TONY FOSTER | *Stuart L. Shapiro* |
| R. MAGOT | *Barry A. Schwartz* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  9:04 a.m.

Appearance of counsel and Pro Se Plaintiff. Argument presented on [48] Motion to Modify Scheduling Order.

**ORDERED:** **[48] Motion to Modify Scheduling Order is GRANTED. Discovery deadline is extended to January 3, 2014.**

**Plaintiff is ordered to appear for a deposition at the Office of Denver City Attorney at 201 West Colfax Avenue on October 11, 2013 at 10:00 a.m., the deposition is not to exceed seven hours.**

**Final Pretrial Conference set for February 19, 2014 at 9:00 a.m., proposed Final Pretrial Order to be submitted on or before February 12, 2014.**

Discussion held on Pretrial Conference.

Court in Recess:  9:40 a.m.    Hearing concluded.    Total time in Court:  00:36

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119