IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00639-RBJ-BNB

TELELA SHINAULT,

Plaintiff,

v.

DPD SERGEANT TONY FOSTER, and
DPD OFFICER R. MAGOT,

Defendants.

_____

**ORDER**
_____

This matter arises on **Defendants' Motion to Modify Scheduling Order** [Doc. # 48, filed 8/16/2013] (the "Motion for Extension"). I held a hearing on the Motion for Extension and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion for Extension [Doc. # 48] is GRANTED, and the case schedule is modified to the following extent:

• Discovery Cut-Off:            January 3, 2014

• Final Pretrial Conference:  A final pretrial conference will be held in this case on February 19, 2014, at 9:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than February 12, 2014.

(2)   The plaintiff shall appear for her deposition on October 11, 2013, at 10:00 a.m., at the Office of the Denver City Attorney, 201 West Colfax Avenue, Denver, Colorado. The

deposition shall not exceed seven hours in duration, exclusive of breaks and recesses. The date and time of the deposition may be modified only on further order of the court.

Dated September 23, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge